

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOEL RAMIREZ,<br><br>Defendant. | Case No. CR 14-174-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 5, 2018, Defendant appeared before the Court for initial appearance on the petition for revocation or supervised and warrant for arrest that was issued in this matter. DFPD David Wasserman who was appointed to represent Defendant.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ allegations in the petition: defendant failed to report to a Probation Officer following his release from custody on September 25, 2018
- ☒ unverified background information
- ☒ outstanding warrants with different dates of birth

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ allegations in the petition (see above)
- ☒ criminal history which includes probation revocation
- ☒ admitted drug use

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 5, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE