

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>NOEL RAMIREZ,<br>　　　　Defendant. | NO. 2:14-CR-00174-RGK-1<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in Los Angeles, CA pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

\\

\\

\\

1

1 | A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; the three prior revocations of the defendant's supervised release; and the defendant's history of failures to appear;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer evidence to meet the defendant's burden on this issue; criminal history; and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: January 3, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE